ADAM PAUL LAXALT
Attorney General
BENJAMIN R. JOHNSON
Deputy Attorney General
Nevada Bar No. 10632
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel: (775) 684-1254
E-mail: bjohnson@ag.nv.gov

*Attorneys for Defendants Renee Baker,
Steve Collard, James Greg Cox,
Gortney Green, and Michael Koehn*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COREY MATTHEW CAMPANA,<br><br>                    Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, et al.,<br><br>                    Defendants. | Case No.  3:15-cv-00100-MMD-VPC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

It is stipulated and agreed by and between Plaintiff Corey Matthew Campana, in pro se, and Defendants, Renee Baker, Steve Collard, James Greg Cox, Gortney Green, and Michael Koehn, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Benjamin R. Johnson, Deputy Attorney General, that this action and all claims asserted therein in the above-captioned matter be dismissed with prejudice.

///
///
///
///
///
///
///
///

Each party shall bear their own attorneys' fees and costs.    A . :t

DATED this_ day of July, 2015.                DATED this day of 2015.

ADAM PAUL LAXALT
Attorney General

By: /s/ Corey Matthew Campana            By: /s/ Benjamin R. Johnson
COREY MATTHEW CAMPANA              BENJAMIN R. JOHNSON
Pro Se Plaintiff                                      Deputy Attorney General
                                                          Bureau of Litigation
                                                          *Attorneys for Defendants*

IT IS **SO ORDERED** that Case No. **3:15-cv-00100-MMD-VPC is dismissed with prejudice:**

DATED:  5th  day of  August        , 2015

_____
UNITED STATES DISTRICT JUDGE

Office of the
Attorney General
100 N. Carson St
Carson City, NV
89701-4717